■ RICHARDSON ENGINEERING COMPANY, Respondent-Appellant, v Jos. L. MUSCARELLE, INC., et al., Appellants-Respondents, et al., Defendants.—Appeal by the defendants Jos. L. Muscarelle, Inc. and Montagnon-Ricci Corporation and cross appeal by the plaintiff from stated portions of a resettled

judgment of the Supreme Court, Rockland County, dated May 9, 1986.

Ordered that the resettled judgment is affirmed, without costs or disbursements, for reasons stated by Justice Slifkin in his memorandum decision at Trial Term. Brown, J. P., Lawrence, Weinstein and Eiber, JJ., concur.